**FILED**

**SEP 21 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEISHA WHITLOCK,
1400 Independence Avenue, S.W.
Washington, D.C. 20250,
      Plaintiff,

v.

DONALD BICE,
1400 Independence Avenue, S.W.
Washington, D.C. 20250,
      Defendant.

Case: 1:07-cv-01679
Assigned To : Robertson, James
Assign. Date : 9/21/2007
Description: TROP/PI

## NOTICE OF REMOVAL

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(b), 1442(a) and 1446. In support of this Notice, the Attorney General states as follows:

1. On September 12, 2007, plaintiff Keisha Whitlock, an employee of the Office of Budget and Program Analysis ("OBPA"), United States Department of Agriculture ("USDA"), filed this action against her supervisor, Donald Bice, Director, Budget Control and Analysis Division, OBPA, USDA, in the Civil Actions Branch of the Superior Court of the District of Columbia, Civil Action No. 0006251-07. Plaintiff alleges that defendant screamed at her, denied her leave and threw her leave request form at her causing an anxiety attack. See Complaint.

2. Mr. Bice has not been served with a copy of the complaint. However, the United States Department of Agriculture received a copy. A copy of the complaint and all other process received is attached hereto as Exhibit A.

3. A notice of Filing of Notice of Removal will be filed in the Superior Court of the

1

District of Columbia advising that Court that, pursuant to 28 U.S.C. § 1446(d), it "shall proceed no further unless and until the [matter] is remanded."

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442(a)(1) and 1446.

Dated: September 21, 2007

        Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Washington, D.C. 20530
(202) 514-6531
Attorney for Defendants

2

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS

KEISHA WHITLOCK
United States Department of Agriculture
1400 Independence Ave, SW
Washington, DC 20250

1100/

## DEFENDANTS

DONALD BICE
United States Department of Agriculture
1400 Independence Ave, SW
Washington, DC 20250

1100/

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

KEISHA WHITLOCK
906 Emerson Street, NW
Washington, DC 20011

Case: 1:07-cv-01679
Assigned To : Robertson, James
Assign. Date : 9/21/2007
Description: TROP/PI

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR DIVERSITY CASES ONLY!)
(SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ⊙ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)        OR        ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

**No Summons Issued**

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
○ 1 Original Proceeding  ⦿ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446.

VII. REQUESTED IN COMPLAINT   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Select YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 9/21/07   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED SEP 21 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEISHA WHITLOCK,<br>1400 Independence Avenue, S.W.<br>Washington, D.C. 20250,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>DONALD BICE,<br>1400 Independence Avenue, S.W.<br>Washington, D.C. 20250,<br>　　　　　　　Defendant. | Civil Action No. _____ |

## WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief, Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Keisha Whitlock v. Donald Bice, now pending in the Superior Court of the District of Columbia, Civil Division Actions Branch, Civil Action No. 0006251-07 (filed September 12, 2007), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant Donald Bice was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

September 21, 2007

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Keisha Whitlock
1400 Independence Ave SW
Washington, DC
**Plaintiff**
vs:

Donald Bice
1400 Independence Ave S.W
Washington DC RM102E
**Defendants**

FILED
CIVIL ACTIONS BRANCH
SEP 12 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

CIVIL ACTION No. _____

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Prior to this Mr. Bice was stalking me. I had to change my route to my On May 8, 2007 My supervisor Mr. Bice already Taheyn screamed at me, denied me to leave, and threw my Leave Request form at me. This caused me a severe anxiety attack and I was escorted out by D.C ambulance as a result of his behavior. I am afraid to return to work

Wherefore, Plaintiff demands judgment against Defendant in the sum of $10,000.00 with interest and costs.

Phone: (202)291-1171

DISTRICT OF COLUMBIA, SS
Keisha Whitlock, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

Keisha Whitlock
(Plaintiff)

Subscribed and sworn to before me this Sept day of 12th, 20 07.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

07 1679
**FILED** Agent
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 2007 CA 006251 B

# Superior Court of the District of Columbia
## CIVIL DIVISION

Keisha Whitlock
1400 Independence Ave S.W
Washington DC 20250 Rm102E
*Plaintiff*

vs.

Donald Bice
1400 Independence Ave S.W
Washington DC 20250 Rm 102E
*Defendant*

FILED
CIVIL ACTIONS BRANCH
SEP 12 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

No. _____

**MOTION - (Pro-Se)**

MOTION OF: Keisha Whitlock  for  PI

(State briefly what you want the Court to do) I am due to return to work, I would like the court to forbid Mr. Bice from calling, emailing, and to stay away from me while the investigation with HR investigation is in effect and afterwards.

Printed name: Keisha Whitlock
Signature: Keisha Whitlock
Address: 1400 Independence Ave SW
Home phone no. 202-291-1177
Business phone no. 202-720-6668

## CERTIFICATE OF SERVICE

On Sept 12, 2007, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Donald Bice
Address: 1400 Independence Ave SW
Washington DC 20250 Room 102E

Signature: Keisha Whitlock

Case: 2007 CA 006251 B

**POINTS AND AUTHORITIES**

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

It is against the law (EEOC) for an employee to have to work in a hostile environment. I am afraid for my safety. My civil rights have been violated. Currently HR is conducted a Misconduct Investigation on Mr Bice and I fear working with him.

Signature: Keisha Whitlock

# Superior Court of the District of Columbia
## CIVIL DIVISION

Keisha Whitlock
1400 Independence Ave SW
WDC 20250

Plaintiff

vs.

Donald Bice
1400 Independence Ave SW
WDC 20250 Rm 102E

Defendant

FILED
CIVIL ACTIONS BRANCH
SEP 1 2 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

No. _____

**MOTION - (Pro-Se)**

MOTION OF: Keisha Whitlock  for  TRO

(State briefly what you want the Court to do)

I want the court to order Mr. Bice to stay away from me at the workplace, email, telephone to stop all communications with me.

Printed name: Keisha Whitlock
Signature: Keisha Whitlock
Address: 1400 Independence Ave SW WDC 20250
Home phone no.:
Business phone no.:

## CERTIFICATE OF SERVICE

On Sept 12, 20 07, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Donald Bice
Address: 1400 Independence Ave SW Washington DC 20250

Name: Keisha Whitlock
Address: 1400 Independence Ave SW WDC 20250 102E

Signature: Keisha Whitlock

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

It is against EEOC to harrass a person at the workplace. My Civil Rights have been violated. I am afraid to work under Mr. Bice.

Case: 2007 CA 006251 B

Signature: Keisha Whitlock

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Keisha Whitlock
1400 Independence Ave SW
Washington DC 20250
Plaintiff

vs.

Donald Bice
1400 Independence Ave S.W
Washington DC 20250
Defendant

Civil Action No. _____

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Keisha Whitlock
Name of Plaintiff's Attorney

1400 Independence Ave S.W
Address
Washington DC 20250

202 291-1171
Telephone

By C Kelley
Deputy Clerk

Date 9/12/07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## OFFICE OF THE JUDGE IN CHAMBERS

TO: Donald Rice

CASE NO.: 07CA6251

### NOTICE OF HEARING

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on

Sept 26, 2007 (date), at 10:30 (time) a.m./p.m. at

D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT    CANARY - PLAINTIFF    PINK - COURT FILE